AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

U.S.A.,

V.

ROBERT U. SYME

## EXHIBIT AND WITNESS LIST

Case Number: CR 98-32-5 KAJ

| PRESIDING JUDGE<br>Hon. Kent A. Jordan. | PLAINTIFF'S ATTORNEY<br>Beth Moskow-Schnoll, Esq. | DEFENDANT'S ATTORNEY<br>James Natalie, Esq |
|---|---|---|
| TRIAL DATE (S)<br>Revocation Hearing held 2/28/05 | COURT REPORTER<br>B. Gaffigan | COURTROOM DEPUTY<br>Neil Looby |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  | X | Letter to Martin Durkin by Robert Syme dated 10/4/04. |
|  | 2 |  |  | X | Monthly Supervision Report for March 2004. |
| 1 |  |  |  | X | Letter to Martin Durkin by Pamela Kozik dated 8/27/04. |
| 2 |  |  |  | X | Tax Return Form 1040 for 2003. |
| 3 |  |  |  | X | Monthly Supervision Report for February 2004. |
| 4 |  |  |  | X | Letter to Martin Durkin by Robert Syme dated 6/29/04. |
| 5 |  |  |  | X | Letter to Martin Durkin by Robert Syme dated 7/16/04 |
| 6 |  |  |  | X | Letter to Martin Durkin by Robert Syme dated 8/27/04. |
| 7 |  |  |  | X | Real Property Transaction Record. |
| 8 |  |  |  | X | Real Property Deed dated 8/11/04. |
| 9 |  |  |  | X | Mortgage Contract dated 8/11/04. |
| 10 |  |  |  | X | Real Property Deed dated 9/2/04. |
| 11 |  |  |  | X | Mortgage Contract dated 9/2/04. |
| 12 |  |  |  | X | Monthly Supervision Report for April 2004. |
| 13 |  |  |  | X | Monthly Supervision Report for August 2004. |
| 14 |  |  |  | X | Monthly Supervision Report for September 2004. |
| 15 |  |  |  | X | Instructions for Completing Net Worth Statement. |
| 16 |  |  |  | X | Instructions for Completing Monthly Cash Flow Statement. |
| 17 |  |  |  | X | Application for Delivery of Mail Through Agent dated 1/27/04. |
| 18 |  |  |  | X | Application for Delivery of Mail Through Agent dated 7/23/04. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages