IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:98CR00032-005 (KAJ) |
| v. | |
| ROBERT U. SYME, | USM NO.: 04065-015 |

**MOTION FOR EXTENSION OF TIME TO FILE APPEAL**

Defendant, Robert U. Syme, by and through his undersigned Counsel, moves this Court for an Order extending the time to file an appeal pursuant to Federal Rules of Civil Procedure, Rule 45. In support of his Motion, Defendant states the following:

1. On February 28, 2005, Defendant was found guilty of violating the conditions of his Supervised Release (attached as Exhibit "A").

2. At the time of the hearing, Counsel and Defendant discussed Defendant's right to an appeal. Counsel advised Defendant, at that time, that the appeal may not be fruitful as the Court's decision was based on an issue of fact. Nonetheless, Counsel advised Defendant to consider his appeal right and report to Counsel quickly with his decision.

3. Three days after the hearing, Counsel again discussed with Defendant his appeal rights. This conversation, however, was brief as Defendant was concentrating on raising funds for

the restitution associated with this matter and also the need for surgery to repair a hernia.

    4.    Defendant has consulted with the attorney who handled his initial appeal following trial, and definitely wishes to appeal the Court's February 28, 2005 imposition of judgment.

    5.    Unfortunately, Defendant failed to file his appeal within the time allowed because of excusable neglect and a focus on the issues of restitution and medical treatment.

    WHEREFORE, Defendant prays this Court enter an Order allowing the time to file his appeal of the Court's February 28, 2005 imposition of judgment be extended.

    WOLOSHIN LYNCH NATLIE & GAGNE, P.A.

_____
JAMES A. NATALIE, JR., ESQUIRE (#329)
3200 Concord Pike, P.O. Box 7329
Wilmington, DE 19803
Attorney for Defendant
Robert U. Syme

DATED: 4/15/05

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CASE NO.: 1:98CR00032-005 (KAJ) |
| v. | |
| | USM NO.: 04065-015 |
| ROBERT U. SYME, | |

**ORDER**

On this _____ day of _____, 2005, having considered Defendant, Robert U. Syme's Motion to Extend the Time to File Appeal;

IT IS SO ORDERED that Defendant, Robert U. Syme's Motion to Extend the Time to File Appeal be GRANTED.

Defendant Robert U. Syme shall have _____ days to file his appeal.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CASE NO.: 1:98CR00032-005 (KAJ) |
| v. | |
| | USM NO.: 04065-015 |
| ROBERT U. SYME, | |

**CERTIFICATE OF SERVICE**

I, JAMES A. NATLIE, JR., ESQUIRE, hereby certify that I have caused to be served by regular mail on this ____ day of April, 200 two copies of the foregoing Defendant's Motion to Extend Time to File Appeal addressed to the following:

    Beth E. Moskow-Schnoll, Esq.
    U.S. Attorney's Office
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899-2046

WOLOSHIN LYNCH NATALIE & GAGNE, P.A.

_/s/ James A. Natlie_
JAMES A. NATLIE, JR., ESQUIRE (329)
3200 Concord Pike, P.O. Box 7329
Wilmington, DE 19803
Attorney for Defendant
Robert U. Syme

DATED: 4/15/05

# EXHIBIT "A"

AO 245D  Case 1:98-cr-00032-KAJ  Document 196  Filed 04/15/2005  Page 6 of 11
(Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

Natalie

# UNITED STATES DISTRICT COURT
## District of Delaware

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| ROBERT U. SYME | |

Case Number: 1:98CR00032-005 (KAJ)

USM Number: 04065-015

James A. Natalie, Jr., Esq.
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☒ was found in violation of condition(s) special condition, standard condition 2-3 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to provide probation officer with access to any requested financial information | 09/30/2004 |
| 2 | Defendant failed to submit a truthful and complete monthly written report | 10/05/2004 |
| 3 | Defendant failed to answer truthfully all inquiries by probation officer | 03/24/2004 |
| | | |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 6445

Defendant's Date of Birth: 1952

Defendant's Residence Address:

Wilmington, DE

02/28/2005
Date of Imposition of Judgment

Signature of Judge

Kent A. Jordan, United States District Judge
Name and Title of Judge

3/7/05
Date

Defendant's Mailing Address:

FILED
CLERK U.S. DISTRICT
DISTRICT OF DEL
2005 MAR -7 PM

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment

Judgment Page 2 of 6

DEFENDANT: ROBERT U. SYME
CASE NUMBER: 1:98CR00032-005 (KAJ)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

18 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒ before 2 p.m. on April 1, 2005

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment Page 3 of 6

**DEFENDANT:** ROBERT U. SYME
**CASE NUMBER:** 1:98CR00032-005 (KAJ)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of

18 months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 3C Supervised Release

DEFENDANT: ROBERT U. SYME
CASE NUMBER: 1:98CR00032-005 (KAJ)

Judgment Page 4 of 6

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall provide the probation officer with access to any requested financial information.

2. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

3. The defendant is prohibited from owning, operating, or working for any ambulance service company.

DEFENDANT: ROBERT U. SYME
CASE NUMBER: 1:98CR00032-005 (KAJ)

Judgment Page 5 of 6

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|        | Assessment              | Fine | Restitution    |
|--------|-------------------------|------|----------------|
| TOTALS | $ 1,250.00 (Paid in Full) | $    | $ 255,000.00   |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Health Care Finance Administration<br>Debt Collection<br>ATTN: Sharon Lewis<br>P.O. Box 7520<br>Baltimore, MD 21207-0570<br>OIG Case # 3-94-00137-9 | $255,000.00<br>(balance due is $40,299.65) | $255,000.00<br>(balance due is $40,299.65) | |
| **TOTALS** | $ 255,000.00 | $ 255,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☒ the interest requirement is waived for the  ☐ fine  ☒ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
         Sheet 6 Schedule of Payments

Judgment Page 6 of 6

DEFENDANT: ROBERT U. SYME
CASE NUMBER: 1:98CR00032-005 (KAJ)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____, or
  ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below); or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☒ Payment in equal __minimum monthly__ (e.g., weekly, monthly, quarterly) installments of $ __150.00__ over a period of __18 months__ (e.g., months or years), to commence __immediately__ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F ☒ Special instructions regarding the payment of criminal monetary penalties:

  — ☐ Special Assessment shall be made payable to Clerk, U.S. District Court.
  — ☐ Criminal monetary payments, with the exception of restitution and those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be made payable to Clerk, U.S. District Court. Any restitution ordered is to be made payable to the victim, and collected by the U.S. Probation Office.

Restitution payments shall be collected by the United States Probation Office for disbursement to the victim.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.