IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 98-32-5-KAJ |
| ROBERT SYME, | ) |
| Defendant. | ) |

### ORDER

Having considered the defendant's Motion for Extension of Time to File Appeal (Docket Item ["D.I."] 196; the "Motion"), and the Government's response thereto (D.I. 197),

IT IS HEREBY ORDERED, for the reasons set forth in the Government's response, which reasons the court finds to be persuasive and which are therefore adopted as the basis for decision on the Motion, that the Motion is DENIED.

UNITED STATES DISTRICT JUDGE

May 9, 2005
Wilmington, Delaware