UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA         :

   v.                            :   No. 98-CR-32-5-KAJ
                                     (Kent A. Jordan, USDJ)
ROBERT U. SYME,                  :

       Defendant.                :

NOTICE OF APPEAL

The defendant, Robert U. Syme, by undersigned counsel, appeals to the United States Court of Appeals for the Third Circuit from the Order denying his Motion for Extension of Time to File Appeal, filed and entered on the docket on May 9, 2005.

Dated: May 20, 2005

Respectfully submitted,

By: s/Peter Goldberger
    PETER GOLDBERGER
    50 Rittenhouse Place
    Ardmore, PA  19003
    (610) 649-8200
    Counsel for Defendant

cc: Beth E. Moskow-Schnoll, Esq.
       Assistant U.S. Attorney
    Hon. Kent A. Jordan (per 3d Cir. LAR 3.1)