## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 5-2696

USA

vs.

Syme

Robert U. Syme, Appellant

(Delaware District Criminal No. 98-cr-00032-5)

**O R D E R**

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.



*Marcia M. Waldron*

Clerk
United States Court of Appeals
for the Third Circuit

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: July 14, 2005

cc:

      Beth E. Moskow-Schnoll, Esq.
      Peter Goldberger, Esq.