## JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801

(302) 658-8980
MEMBER DEL. AND FLA. BARS



April 25, 2006

Ms. Anita Bolton
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re: U.S. v. Robert Syme
        Cr.A. No. 98-32-05-JJF

Dear Ms. Bolton:

    It is my belief that James Natalie represented Mr. Syme and that Mr. Syme had declared me ineffective as counsel. My relationship with him was severed a long time ago. His most recent attorney is Mr. Natalie, and I think it appropriate that Mr. Natalie speak for Mr. Syme since I do not have the authority to do so.

                              Sincerely,

                              Joe Hurley

JAH:jr

pc: James A. Natalie, Jr., Esquire



Ms. Anita Bolton
U.S. District Court
844 King Street
Wilmington, DE 19801




JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801

APR 28 2006

APR 27 2006